## PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
## HABEAS CORPUS BY A PERSON IN STATE CUSTODY

MIDDLE DISTRICT OF ALABAMA

United States District Court  For The Middle District of Alabama

| | |
|---|---|
| JAMES ROBINSON | CC98-1222, CC98-1628 |
| Name (under which you were convicted): | Docket or Case No: |
| DRAPER CORRECTION FACILITY | AIS # 121865 |
| Place of Confinement: | Prisoner No.: |

RECEIVED

2006 NOV 29  A  9: 48

1:06-cv-1061-MHT

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JAMES ROBINSON | WARDEN JAMES DeLOACH |
| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
| | v. |
| ATTORNEY GENERAL TROY KING | |
| The Attorney General of the State of | |

### PETITION

1. (a) Name and location of court which entered the judgment of conviction you are challenging:     HOUSTON COUNTY, ALABAMA CIRCUIT COURT

(b) Criminal docket or case number (if you know):     CC98-1222, CC98-1628

2. (a) Date of judgment of conviction (if you know):  MAY 04, 1999

(b) Date of sentencing:  may 04, 1999

3. Length of sentence:  25 Years 15 Years suspended, 10 Years

4. In this case, were you convicted on more than one count or of more than one crime?  Yes [X]  No [ ]

5. Identify all crimes of which you were convicted and sentenced in this case:
FORGERY SECOND, POSSESSION FORGED INSTRUMENT, BREAKINGENT.

BREAKING ENTERING AUTOMOBILE.

6. (a) What was your plea? (Check one)
    (1) Not guilty [ ]      (3) Nolo contendere (no contest) [ ]
    (2) Guilty [X]        (4) Insanity plea [ ]

SCANNED
KH 11/29/06


(b) If you entered a guilty plea to one count or charge and a not guilty

N/A

plea to another count or charge, what did you plead not guilty to

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)
Jury [ ]    Judge only [x]

7. Did you testify at a pretrial hearing, trial, or a post-trial hearing?
Yes [ ]    No [x]

8. Did you appeal from the judgment of conviction?
Yes [xx]    No [ ]

9. If you did appeal, answer the following:

(a) Name of court:    ALABAMA COURT OF CRIMINAL APPEALS

(b) Docket or case number (if you know):    CR-05-0233

(c) Result:    AFFIRMED

(d) Date of result (if you know):    SEE RECORDS OF COURT- 2006

(e) Citation to the case (if you know):    JAMES L. ROBINSON V. STATE

(f) Grounds raised:  CONSTITUTIONALITY OF 13A-5-9.1 & 14-9-41(a)(e)
NON-VIOLENT OFFENDERS & CIT GOOD TIME CLAIMS

(g) Did you seek further review by a higher state court?  Yes [x]  No [ ]

If yes, answer the following:  APPEALED TO ALABAMA COURT OF APPEALS

(1) Name of court:  ALABAMA CRIMINAL APPEALS

(2) Docket or case number (if you know):    CR-05-0233

(3) Result:    AFFIRMED

(4) Date of result (if you know):    SOME TIME IN 2006

(5) Citation to the case (if you know):    ROBINSON V. STATE

(6) Grounds raised:    SAME AS STATED PRIOR

(h) Did you file a petition for certiorari in the United States Supreme
Court? Yes [ ] No [xx]    STATE OF ALABAMA DENIED ACCES TO COURT
REEUSED ROBINSON'S INCOMING MAIL. DID NOT HAVE DATE DENIED.
If yes, answer the following:
                    ROBINSON WAS RETALIATED AGAINST.
(1) Docket or case number (if you know):    N/A

(2) Result:    N/A

(3) Date of result (if you know):    N/A

(4) Citation to the case (if you know):    N/A

10. Other than the direct appeals listed above, have you previously filed any
other petitions, applications, or motions concerning this judgment of
conviction in any state court? Yes [ ] No [X]

11. If your answer to Question 10 was "Yes," give the following information:

(a)(1) Name of court:    N/A

(2) Docket or case number (if you know):    N/A

(3) Date of filing (if you know):    N/A

(4) Nature of proceeding:    N/A

(5) Grounds raised:    N/A

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes [ ]  No [x]

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(b)  If you filed any second petition, application or motion give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes [ ]  No [x]

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(c)  If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?  Yes [ ]  No [X]

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      Yes [X]            No [ ]
(2) Second petition:     Yes [ ]            No [ ]
(3) Third petition:      Yes [ ]            No [ ]

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

Appeal was made to Alabama Court of Criminal Appeals,

Robinson was denied by State of Alabama to address the

Constitutionality of 13A-5-9.1 and 14-9-41(a)(e) in Ala-

Supreme Court due to State Officals acts to deny access to Court.

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

GROUND ONE:    EQUAL PROTECTION CLAUSE VIOLATION UNDER

NON-VIOLENT AND DENIAL OF GRANTING CIT GOOD TIME

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): STATE OF ALABAMA AMENDED 13A-5-9.1 and

AMENDED CODE OF AL. 1975 Sec. 14-9-41(e) BY ACT 91-637

TO AWARD CIT GOOD TIME TO HABITUAL OFFENDERS, 15 YEARS

AND LESS. ROBINSON AVERS THAT HE IS ENTITLED TO EQUAL

PROTECTION BY LANGUAGE SPOKEN IN BOTH STATUTES, AND

LEGISLATIVE INTENT, ROBINSON IS ENTITLED BASED ON ALL

LAWS WHICH ARE TO OPERATE EQUALLY.

(b) If you did not exhaust your state remedies on Ground One, explain why: ALL STATE REMEDIES WERE EXHAUSTED. ROBINSON WAS DENIED SUPREME COURT OF ALABAMA DUE TO STATE DENYING ACCESS TO COURT BY ATTORNEY GENERAL OFFICE, ADOC OFFICALS ACTS.

(c) Direct Appeal of Ground One:    AFFIRMED

　(1) If you appealed from the judgment of conviction, did you raise this issue? Yes [X] No [ ]

　(2) If you did not raise this issue in your direct appeal, explain why: ISSUES RAISED

(d) Post-Conviction Proceedings:    APPEAL WAS DONE BY AND THROUGH RULE 32.

　(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [X] No [ ]

　(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____ RULE 32 _____

Name and location of the court where the motion or petition was filed:

houston county, HOUSTON COUNTY, ALABAMA

Docket or case number (if you know): CC98-1222 CC98-1628

Date of the court's decision: UNKOWN TO THIS WRITER

Result (attach a copy of the court's opinion or order, if available): JUST

DENIED

(3) Did you receive a hearing on your motion or petition? Yes [ ] No [X]

(4) Did you appeal from the denial of your motion or petition?
Yes [X] No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
in the appeal? Yes [X] No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: SAME AS ABOVE
THIS WAS THE ONLY APPEAL OF THIS CASE.

Docket or case number (if you know): SAME AS ABOVE

Date of the court's decision: SAME AS ABOVE

Result (attach a copy of the court's opinion or order, if available): CRIMINAL

APPEALS DECISION ATTACHED

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: _____ N/A _____

(e) Other Remedies: Describe any other procedures (such as habeas corpus,

NONE FILED. ONLY THE RECORDS ATTACHED WERE FILED RULED

ON BY COURT OF CRIMINAL APPEALS.

administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: ___SAME AS STATED_____

GROUND TWO: _____N/A_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): _____N/A_____

(b) If you did not exhaust your state remedies on Ground Two, explain why:
___N/A_____

(c) Direct Appeal of Ground Two:

   (1) If you appealed from the judgment of conviction, did you raise this issue? Yes [ ] No [ ]   N/A

   (2) If you did not raise this issue in your direct appeal, explain why: _____
___N/A_____

(d) Post-Conviction Proceedings:

   (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? Yes [ ] No [ ]

   (2) If your answer to Question (d)(1) is "Yes," state:

   Type of motion or petition: _____N/A_____

   Name and location of the court where the motion or petition was filed:

___N/A_____

   Docket or case number (if you know): _____N/A_____

   Date of the court's decision: _____N/A_____

Result (attach a copy of the court's opinion or order, if available): _____

~~ATTACHED~~ _____

(3) Did you receive a hearing on your motion or petition?  Yes [ ]  No [ ]    N/A

(4) Did you appeal from the denial of your motion or petition?   Yes [ ]  No [ ]  N/A

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
in the appeal?          Yes [ ]  No [ ]      N/A

(6) If your answer to Question (d)(4) is "Yes," state:  N/A

Name and location of the court where the appeal was filed: ____ N/A _____

_____

Docket or case number (if you know): ____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): __ N/A ____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: __ N/A _____
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Two:
~~N/A~~ _____
_____

GROUND THREE:
_N/A_____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.): _____ ALREADY STATED PRIOR _____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why:

~~STATE REMEDIES EXHAUSTED~~

(c) Direct Appeal of Ground Three:      N/A

    (1) If you appealed from the judgment of conviction, did you raise this
    issue? Yes [ ] No [ ]      N/A

    (2) If you did not raise this issue in your direct appeal, explain why:

    N/A

(d) Post-Conviction Proceedings:      N/A

    (1) Did you raise this issue through a post-conviction motion or petition
    for habeas corpus in a state trial court? Yes [ ] No [ ]      N/A

    (2) If your answer to Question (d)(1) is "Yes," state:      N/A

Type of motion or petition: _____ N/A _____

Name and location of the court where the motion or petition was filed:

N/A   FULLY STATED ABOVE

Docket or case number (if you know): _____ N/A _____

Date of the court's decision: _____ N/A _____

Result (attach a copy of the court's opinion or order, if available): N/A

    (3) Did you receive a hearing on your motion or petition? Yes [ ] No [x]

    (4) Did you appeal from the denial of your motion or petition?   Yes [x] No [ ]

    (5) If your answer to Question (d)(4) is "Yes," did you raise this issue
    in the appeal? Yes [ ] No [ ]      EXPLAINED IN FULL EARLIER

    (6) If your answer to Question (d)(4) is "Yes," state:      N/A

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____
_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain
why you did not raise this issue: _____
_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus,
administrative remedies, etc.) that you have used to exhaust your state
remedies on Ground Three: _____
_____

GROUND FOUR: _____
_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts
that support your claim.): _____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground Three, explain why:
_____
_____
_____

(c) Direct Appeal of Ground Four:

(1) If you appealed from the judgment of conviction, did you raise this
issue? Yes [ ]  No [ ]

(2) If you did not raise this issue in your direct appeal, explain why:

_____

(d) Post-Conviction Proceedings:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?  Yes [ ]  No [ ]

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed:

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): ____ _____

_____

(3) Did you receive a hearing on your motion or petition?  Yes [ ]  No [ ]

(4) Did you appeal from the denial of your motion or petition?
    Yes [ ]  No [ ]

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue
    in the appeal?  Yes [ ]  No [ ]

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue: _____

_____

_____
_____
_____

(e) Other Remedies: Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: _____N/A_____
_____

13. Please answer these additional questions about the petition you are filing:

(a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction?
Yes [ ]  No [ ]            N/A

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____N/A_____
_____
_____

(b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: __N/A_____
_____
_____
_____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition?  Yes [ ]  No [ ]        N/A None Other Filed

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available. ____N/A_____
_____
_____
_____
_____

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging?  Yes [ ]  No [xX]

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. _____
_N/A_____

N/A

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: _____

(b) At arraignment and plea: ___ JACK A. BLUMENFELD _____

(c) At trial: _____

(d) At sentencing: _____ JACK A. BLUMENFLED _____

(e) On appeal: ___ JAMES ROBINSON PRO SE _____

(f) In any post-conviction proceeding: _____ JAMES ROBINSON PRO SE ___

(g) On appeal from any ruling against you in a post-conviction proceeding:
~~JAMES ROBINSON PRO SE~~

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging? Yes [ ] No [xx]

(a) If so, give name and location of court that imposed the other sentence you will serve in the future: ____ NONE LEFT TO SERVE _____

(b) Give the date the other sentence was imposed: _N/A_____

(c) Give the length of the other sentence: _N/A_____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? Yes [ ] No [ ] N/A

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.* THIS CASE WAS NOT RULED ON UNTIL 2006 BY ALABAMA COURT OF CRIMINAL APPEALS.

_____

_____

_____

_____

_____

_____

_____

Therefore, petitioner asks that the Court grant the following relief: THE COURT TO ORDER A COMPLETE TRANSCRIPT OF GUILTY PLEA, AND TO ORDER ROBINSON'S RELEASE FOR TIME SERVED. (SEE ATTACHED) or any other relief to which petitioner may be entitled.

_____ Pro Se
Signature of Attorney (if any)     121865

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on  11/27/06     (month, date, year).

Executed (signed) on  11/27/06          (date).

_____ 121865
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.  N/A

_____

_____

## PROCEDURAL HISTORY AND FACTS OF CASE

**James Robinson**, was indicted by the Grand Jury of
Houston County, Alabama for Possession of Forged Instru-
ment, Breaking Entering Automobile, and Forgery Second.
Robinson was represented by Honorable Jack A. Blumenfeld.
Robinson gave specific facts to show and prove that
he was innocent and di not commit the crimes to which
he was all charged for, and had worked with the State
prior to these cases and assisted the Officer in charge,
and would take full responsibility for a sentence which
would not exceed the actual amount of time to which
Robinson had left to serve under CC88-125, a 25 Years
sentence from Houston County, Alabama for Burglary
3rd degree.

THe State of Alabama, Honorable Judge Sidney Edward
Jackson made agreement to sentence Robinson to a term
of 25 Years with suspension of 15 Years of the 25,
and the 15 years suspended to run concurrent with the
case number CC88-125, leaving Robinson with a term
of only 10 Years to serve on the 25 Years imposed.
Robinson agreed and entered a guilty plea on these
basis alone.

-1.-

On May 4th, 1999 a guilty plea was accepted, Robinson's
sentence was 15 Years suspended to run concurrent with
CC-88-15. (See Court exhibit attached.) Robinson already
serving a full term of 70 Years from Houston and Henry
County, Alabama. 20 Years in Case Number CC86-825,
25 Years in CC88-125, and 25 Years in CC88-26, all
cases were consecutive for a full term of 70 Years.

Robinson's time sheet by ADOC in 1999 had no changes
by actual release date where the sentences in the 98
cases were concurrent with the full terms of 70 Years,
and Robinson had no idea that the Court had failed
to comply with the sentence by guilty plea agreement,
and the State at no time never made any request for
any changes in the sentence imposed, nor did the Judge
issue any orders contrary to what was accepted and
Robinson sentenced to. See Court's records for strict
proof.

Robinson after successfully receiving concurrent
sentence orders by proper Motion for NUNC PRO TUNC,
received a time sheet showing a full term of 25 Years
in the 98 cases. The sentence agreement still exist
and the Clerks error has not been corrected.

Robinson prior to the concurrent sentence being
granted filed a timely Motion for NON-Violent, under

-2.-

13A-5-9.1 Robinson's Petition raised facts and issues based on the Equal Protection Clause of the United States Constitution, and requested the Court rule on the violations which exist. Robinson's issue under 14-9-41(a)(e) under equal protection, where CIT Good Time was a issue based under Alabama Legislative Intent, and Robinson must be given relief based on what took place with amending 14-9-41(e) giving Habitual Offenders CIT Good Time with 15 Years and less.

Robinson's sentences and convictions are all Class C felony offenses and the maximum range of punishment for a Class C is only ten (10) Years.Robinson's sentence being enhanced by law under 13A-5-9, to which all HFOA comes under mandatory language. Robinson avers that once the Legislatures amended and gave it to where Class NON-Violent application could be filed back into Court there exist a equal protection clause which must be address.

ISSUES WHICH HAVE BEEN ADDRESS

1. Whether 13A-5-9.1 is constitutional based on the mandatory language used **Must**. Code of Alabama 1975 Section 13A-5-9 said **must**, be sentenced, all convictions.

-3.-

2. Whether 13A-5-9.1 is constitutional and survives the equal protection clause violations. Robinson's sentence enhancement comes by 13A-5-9, which made it mandatory for Robinson sentence to be enhanced. Under the equal protection clause Robinson is entitled to relief to have the same to which all NON-Violent Offenders receive by resentenicung. Robinson was denied resentencing based on Judge Jackson's ruling saying 13A-5-9.1 applies to only (2) Two classes, Life under Class B and Life Without under Class A.

(A). The equal Protection Clause violation exist and the State Of Alabama has refused to address the United States Federal Constitutional violations which take place by clear and obvious equal protection violations based on the Statutory construction of 13A-5-9, and the mandatory words spoken.

3. Robinson requested Judge Jackson to answer, and provide facts under the Constitution violations being done by 14-9-41(a)(e). Robinson's request avers that based on the amending of 13A-5-9.1 that 14-9-41(a)(e) would mean that CIT Good Time was therefore for all as written by 14-9-41(a).

RELIEF

1.The Court to order a full transcript of the guilty plea proceedings be produced in this case.

2. Robinson request time served,where all cases are now concurrent.

-4.-

3. The Court to grant the United States Constitution under

Equal Protection to which must be afforded by application

of law to Robinson under Alabama Legislative Intent.

4. The Court to rule under CIT Good Time based on Equal Protection

violations to which State of Alabama waived, and did not rule

under for the Constitutional issues which went before State

Court.

5. THe guilty plea transcript, transcript of Post Conviction

NON-VIOLENT, and all records be produced before this Court.

                                        Respectfully

                                        _____
                                        JAMES ROBINSON
                                        P.O. BOX 1107
                                        ELMORE, AL. 36025

DATED THIS 27th DAY OF NOVEMBER, 2006

-5.-

# Exhibit A

"A"

EXHIBIT

4-28-99 NOTICE TO DEFENDANT OF PREVIOUS CONVICTIONS &
NOTICE OF INTENT TO USE SUCH CONVICTIONS FOR IMPEACHMENT PURPOSES

May 3, 1999 — Motion To Transport

_____ 5/4 , 19 99

On this day appeared the Defendant with his attorney and,
with the consent and approval of his attorney, withdrew his

plea of not guilty and entered a plea of guilty to _____

_____ Possof Forged Inst II _____

Before accepting Defendant's plea of guilty, the Court advised
the Defendant of all of his constitutional rights with the
colloquy being taken _____ _____ _____ _____. The Court
then permitted the _____ _____ _____ a plea of not guilty
and enter a plea of guilty to _____ _____. Court inquired
of Defendant if he had _____ _____ _____ judgement and
sentence should not _____ _____ _____ num and Defendant
said nothing. It _____ _____ _____ _____ judged by the
Court that the De _____ _____ _____ _____ _____ as a
punishment Defe _____ _____ _____ _____ to

☑ the penitentiar _____ _____ _____ term of 25 years under FHOA, 15 years though the
run cont with CC 88-125

☐ Houston Coun _____ _____ _____ _____ _____ incar-
cerated pending _____ _____ _____ _____ to pay

restitution to _____ _____ _____ _____ the amount of

_____, a fine $100 _____ a victim compensation _____ _____ _____ _____ _____
$100
assessment of _____ _____ _____ as all Court Costs.

The sentence is suspended for a period of _____ on payment
of fine, costs, and restitution and good behavior.

_____ Jackson _____
JUDGE

Sht to file Restitution order w/in 10 day
after which Def. to file objection w/in 10 day

, 5-13-99 notify Ruth
5-17-99 gave gave copies of CAS

5-24-99    Filed Motion for Reconsideration of Consecutice Sentences, For Order by
           Nunc Pro Tunc.

5/26/99 Motion denied, Jackson, J.
       5-27-99 - N: DA Dept.

```
ACSO370              ALABA     JDICIAL INFORMATION SYS        CASE: CC 98 001222.00
OPER: PAS                     CASE ACTION SUMMARY
PAGE:    1                      CIRCUIT   CRIMINAL                RUN DATE: 09/23/98
```

IN THE CIRCUIT COURT OF  HOUSTON                                        JUDGE: SEJ

STATE  OF  ALABAMA                    VS      ROBINSON JAMES LENWOOD
                                              616 PINTO DR
CASE: CC 98 001222.00
                                              DOTHAN, AL  36301 0000

```
DOB: 01/20/52        SEX: M  RACE: B  HT: 5 09  WT: 210   HR: BLK EYES: BRO
SSN: 420727201   ALIAS NAMES:
```

```
CHARGE1: POSS FORCED INSTR 2N          CODE1: CPF2 LIT: POSS FORCED INS TYP: F
MORE?:          OFFENSE DATE: 11/11/97   AGENCY/OFFICER: 0380100 KILPATR
```

```
DATE WAR/CAP ISS:                      DATE ARRESTED: 11/12/97
DATE    INDICTED: 08/19/98             DATE   FILED: 09/23/98
DATE    RELEASED: 11/12/97             DATE  HEARING:
BOND       AMOUNT:       $10,000.00          SURETIES: PROPERTY
```

```
DATE 1: 10/14/98  DESC: ARRG             TIME: 0900 A
DATE 2: 11/16/98  DESC: TRIAL            TIME: 0830 A
```

DEF/ATY: *Jack Blumenfeld (A)*          TYPE:                        TYPE:
PROSECUTOR: VALESKA, DOUGLAS A

```
OTH CSE: 9700287500      CHK/TICKET NO: WR97 6166          GRAND JURY: 000238
COURT REPORTER:                    SID NO: 000000000
DEF STATUS: BOND                   DEMAND:                          OPER: PAS
```

NOTE:    WARRANT ISSUED 111297

| DATE | ACTIONS, JUDGEMENTS, AND NOTES *Cont noted* |
|------|------|
| 10-14-98 | *Arraignment Continued ~ J. Saxl Judge* |
| 10-23-98-- | Transport Order.  (in file) |
| 11-4-98 | **WAIVER OF ARRAIGNMENT** |
| | **RECIPROCAL DISCOVERY ORDER** |
| | *11-5* 19 *98* |
| | Within 14 days of this order, the State and Defendant will make available for inspection and copying all materials discoverable under the Alabama Rules of Criminal Procedure.  In addition, the State will make any exculpatory materials available to the defense.  The State will make its materials available at the District Attorney's office and the defense will do likewise at defense counsel's office. *(11-10-98 N - J.B. + D.V.)* |
| | *Edward Jackson, Judge* |
| | CIRCUIT JUDGE |
| 11-6-98-- | Motion for discovery. |
| 4-20-99 | *Consolidation Order. (In File)* |
| 4-15-99 | *Motion To Transport* |
| 4-16-99 | *O.V. Order (In File)* |
| 4-21-99-- | Opposition to consolidation. |

# Exhibit B

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

"B"
EXHIBIT

STATE OF ALABAMA

    Plaintiff

VS.                           CASE NO. _CC-98-1628_

JAMES ROBINSON,

    Defendant

**************************************************/


## MOTION TO VACATE ORDER AND AMEND

    Comes now, James Robinson and pursuant to Code Of Alabama 1975 Section 13A-5-9.1 and shows unto Honorable Judge Edward Jackson the following which comes by actual Statute, and Legislative intent. :

1. Robinson comes under the provisions of Albama retroactive application of 13A-5-9, 13A-5-9.1 for none violent offender.

2. The plain language of Section 13A-5-9.1 provides that an inmate may ask the sentencing Judge or the Presiding Judge for relief from a previous sentenced imposed pursuant to the HFOA.

[A]. The plain language of a Statute, provides Legislative intent, and where the language is in its ordinary meaning, it must control. See **RADNEY V. STATE**, 840 So2d 190,196 (Ala. Crim. App. 2002) [3] It is well settled that words used in

# FILED

OCT 13 2005

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO. AL

5

Page 2.

a statute **must** be given their natural, plain, ordinary, and commonly understood meaning, and where plain language is used a court is bound to interpret that language to mean exactly what it says.

Therefore under 13A-5-9.1 it is plain language that grants all none violent offenders who were sentence under HFOA, which is from a previous sentence imposed pursuant to the HFOA., resentencing.

3. The holding under EX Parte Kirby, it was stated; Although Section 13A-5-9.1 is not a model of clarity it does provide reasonably clear standards for it's execution and administration. [A]. The HFOA under 13A-5-9 provides sentences which under Class C felony offenders, with 15 years and a day are prohibited from earning CIT Good Time, therefore 13A-5-9.1 grants none violent offenders who have served 10, or 12 years a means to be resentence and be released. The HFOA under the 25 year sentence has no provisions for CIT Good Time, so based on the plain language of 13A-5-9.1 all who were sentenced under HFOA by 13A-5-9 was granted the right to apply to the sentencing Court for resentencing.

Robinson, prays the Honorable Judge will review the facts and statute of law. Where Robinson respect the Honorable Judge decision.

Respectfully

JAMES ROBINSON

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES ROBINSON

      DEFENDANT/PETITIONER

VS.

STATE OF ALABAMA

      RESPONDENT/PLAINTIFF

CASE NO. CC-98-1628

*************************************************/

## MOTION TO AMEND AND SUPPLEMENT UNDER STATUTE'S 13A-5-9.1 AND CODE OF AL. 1975 14-9-41(a)(e)

**Comes** now James Robinson and petition the Honorable Judge Sidney Edward Jackson to make a ruling under the issues, and facts which governs Robinson's Constitutional rights by Alabama Statutes of law. Robinson under Code Of Alabama 1975 Section 13A-5-9.1 has entitlement based on the plain language, where Robinson's none violent application came before this Honorable Court. The Honorable Judge issued his ruling denying, where 13A-5-9.1 has been ruled by this Court deemed denied, where 13A-5-9.1 applies under 13A-5-9 **HFOA**, only to two Classes, Life Without, and Life.

Code Of Alabama 1975 Section 14-9-41(a) stands to say that Robinson conviction is entitled to earn CIT Good Time where plain language of the Statute clearly says, **Shall,**

# FILED

OCT 13 2005

*Judy Byrd*

JUDY BYRD, CLERK
HOUSTON CO., AL

7

Page 2

and, words which come from mandatory language, **Shall hereafter be convicted of any offense....or sentence upon any conviction... other than for life..."** Robinson's term comes under **none violent**, and under Alabama Constitution 1901, and the Constitutio of these United States, Robinson's 1st, 4th, 5th, 6th, and 14th Amendments Rights must be protected by one of the Statutes protection. For the following individually.

1. Robinson has a conviction which comes under Class C Felony offense, and is for a total term of 25 years. Robinson has served a total of 20 years with all jail credit awarded, along with CC-86-825.

2. Code Of Alabama 1975 Section 13A-5-9 comes under the HFOA Act. Robinson's sentence comes under the enhancement by way of 13A-5-9. Where the statute was amended in 2000.

3. Robinson's term of sentence is not life and is govern by the provisions of 13A-5-9. Where the Legislative intent under 13A-5-9.1 was to grant none violent offenders the same equal protection by resentencing through the trial Court, Robinson's rights by way of the Constitution must be protected. In that 13A-5-9.1 is for life, and life with-out. The Legislators then must by full plain language intended at all times for Robinson and others to have been long receiving the same

Page 3

under Code of Alabama 1975 Section 14-9-41(a) CIT Good Time, for the equal protection under Alabama Constitution. Where the Courts can provide resentencing for Class B Life and EOS by way of serving ten or Twelve years for a sentence imposed, but deny release by resentencing for a Class C felony with only 25 years, where Robinson has served 20 years on the sentence imposed.

4. Code of Alabama 1975 Section 14-9-41(e) provides that only those who have 15 years and less, and who are not Class A felony, these are the only ones who are entitled to earn CIT Good Time. The Constitutional rights under these United States are being violated where Robinson comes under three sections of Alabama law which must afford some equal protection, and the created liberty interest spoken by way of 14-9-41(a), which is plain language, and well understood.

### Relief Requested Before Judge Jackson

1. The Honorable Judge to take review of the issues which comes before the Court under Alabama Statute, and issue an order stating specific facts to which Robinson is entitled.

2. The Court to enter a order granting CIT Good Time under 14-9-41(a) based on the plain language.

9

Page 4

3. The Honorable Judge Jackson grant what is written under Code Of Alabama 1975 Section 14-9-41(e), where the Court is granted full permission to state under the transcript of records as to whether the sentence imposed is prohibited from earning CIT Good Time, and or denial if based upon a conviction which causes serious physical injury, or loss of limbs, and etc.."

4. The Honorable Judge to review the Constitutional issues which comes before this Court and issue and opinion, and or full facts of how the Statutes would apply based on Statutes construction as a matter of law in Alabama.

5. To any and all relief that Robinson is entitled.

RESPECTFULLY SUBMITTED

JAMES ROBINSON
565 BIBB LANE
BRENT, ALABAMA 35034

10-9-05

# Exhibit C

IN THE CIRCUIT COURT OF HOUSTON COUNTY, ALABAMA

JAMES ROBINSON
     DEFENDANT/PETITIONER

VS.

STATE OF ALABAMA
     RESPONDENT/PLAINTIFF

"C"
EXHIBIT

CASE NO. CC-98-1628

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*/

## MOTION TO AMEND AND SUPPLEMENT UNDER STATUTE'S 13A-5-9.1 AND CODE OF AL. 1975 14-9-41(a)(e)

**Comes** now James Robinson and petition the Honorable Judge Sidney Edward Jackson to make a ruling under the issues, and facts which governs Robinson's Constitutional rights by Alabama Statutes of law. Robinson under Code Of Alabama 1975 Section 13A-5-9.1 has entitlement based on the plain language, where Robinson's none violent application came before this Honorable Court. The Honorable Judge issued his ruling denying, where 13A-5-9.1 has been ruled by this Court deemed denied, where 13A-5-9.1 applies under 13A-5-9 **HFOA**, only to two Classes, Life Without, and Life.

Code Of Alabama 1975 Section 14-9-41(a) stands to say that Robinson conviction is entitled to earn CIT Good Time where plain language of the Statute clearly says, **Shall,**

# FILED

OCT 13 2005

*Judy Byrd*
JUDY BYRD, CLERK
HOUSTON CO., AL

7

Page 2

and, words which come from mandatory language, **Shall hereafter be convicted of any offense....or sentence upon any conviction... other than for life..."** Robinson's term comes under **none violent**, and under Alabama Constitution 1901, and the Constitutio of these United States, Robinson's 1st, 4th, 5th, 6th, and 14th Amendments Rights must be protected by one of the Statutes protection. For the following individually.

1. Robinson has a conviction which comes under Class C Felony offense, and is for a total term of 25 years. Robinson has served a total of 20 years with all jail credit awarded, along with CC-86-825.

2. Code Of Alabama 1975 Section 13A-5-9 comes under the HFOA Act. Robinson's sentence comes under the enhancement by way of 13A-5-9. Where the statute was amended in 2000.

3. Robinson's term of sentence is not life and is govern by the provisions of 13A-5-9. Where the Legislative intent under 13A-5-9.1 was to grant none violent offenders the same equal protection by resentencing through the trial Court, Robinson's rights by way of the Constitution must be protected. In that 13A-5-9.1 is for life, and life with-out. The Legislators then must by full plain language intended at all times for Robinson and others to have been long receiving the same

8

Page 3

under Code of Alabama 1975 Section 14-9-41(a) CIT Good Time, for the equal protection under Alabama Constitution. Where the Courts can provide resentencing for Class B Life and EOS by way of serving ten or Twelve years for a sentence imposed, but deny release by resentencing for a Class C felony with only 25 years, where Robinson has served 20 years on the sentence imposed.

4. Code of Alabama 1975 Section 14-9-41(e) provides that only those who have 15 years and less, and who are not Class A felony, these are the only ones who are entitled to earn CIT Good Time. The Constitutional rights under these United States are being violated where Robinson comes under three sections of Alabama law which must afford some equal protection, and the created liberty interest spoken by way of 14-9-41(a), which is plain language, and well understood.

### Relief Requested Before Judge Jackson

1. The Honorable Judge to take review of the issues which comes before the Court under Alabama Statute, and issue an order stating specific facts to which Robinson is entitled.

2. The Court to enter a order granting CIT Good Time under 14-9-41(a) based on the plain language.

9

Page 4

3. The Honorable Judge Jackson grant what is written under Code Of Alabama 1975 Section 14-9-41(e), where the Court is granted full permission to state under the transcript of records as to whether the sentence imposed is prohibited from earning CIT Good Time, and or denial if based upon a conviction which causes serious physical injury, or loss of limbs, and etc.."

4. The Honorable Judge to review the Constitutional issues which comes before this Court and issue and opinion, and or full facts of how the Statutes would apply based on Statutes construction as a matter of law in Alabama.

5. To any and all relief that Robinson is entitled.

RESPECTFULLY SUBMITTED

JAMES ROBINSON
565 BIBB LANE
BRENT, ALABAMA 35034

10-9-05

10