## IN FORMA PAUPERIS DECLARATION

### UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF ALABAMA
[Insert appropriate court]

RECEIVED
2006 NOV 29 A 9:48

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES ROBINSON

(Petitioner)

v.

JAMES DeLOACH

(Respondent(s))

DECLARATION IN SUPPORT
OF REQUEST
TO PROCEED
IN FORMA PAUPERIS

1:06-CV-1061-MHT

I, James Robinson, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed? Yes [ ] No [X]
   a. If the answer is "yes" state the amount of your salary or wages per month, and give the name and address of your employer.

   IN STATE PRISON OVER TWO YEARS

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
   IN STATE PRISON OVER TWO YEARS LAST EMPLOYMENT 04/04

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or form of self-employment?    Yes [ ] No [X]
   b. Rent payments, interest or dividends?               Yes [ ] No [X]
   c. Pensions, annuities or life insurance payments?    Yes [ ] No [X]
   d. Gifts or inheritances?                              Yes [ ] No [X]
   e. Any other sources?                                  Yes [ ] No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

NONE AT ALL BROKE AND BAD CREDIT


SCANNED
KH 11/29/06

2

If the answer to any of the above is "yes", describe each source of money and state the amount ceived from each during the past twelve months.

NONE

3. Do you own cash, or do you have money in a checking or savings account?

   Yes ✓        No ___        SEE BELOW

   (Include any funds in prison accounts.)

   If the answer is "yes", state the total value of the items owned.

   NONE

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

   Yes ___        No ✓

   If the answer is "yes", describe the property and state its approximate value.

   INCARCERATED — NONE

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   NONE AT ALL

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on OCTOBER 10, 2006
            (Date)

                                    /s/ 121865
                    Signature of Petitioner JAMES ROBINSON

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ .02 ___ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said Draper Corr. Fac ___ institution:

11-17-06
DATE

                            F.S. Brown  Acct Clerk
                            AUTHORIZED OFFICER OF INSTITUTION

Rule 32

3

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 DRAPER CORRECTIONAL FACILITY


   AIS #: 121865     NAME: ROBINSON, JAMES LYNWOOD        AS OF: 11/17/2006

                        # OF      AVG DAILY        MONTHLY
              MONTH     DAYS   LAST PAGE: BALANCE  DEPOSITS
                                        5
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 13 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.00 | $0.00 |
| JUN | 30 | $0.00 | $0.00 |
| JUL | 31 | $0.00 | $0.00 |
| AUG | 31 | $0.00 | $0.00 |
| SEP | 30 | $0.00 | $0.00 |
| OCT | 31 | $31.92 | $78.31 |
| NOV | 17 | $6.08 | $0.00 |