Robinson

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Taylor_  ☐ Agent  ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery 12/4/06<br>D. Is delivery address different from item 1? ☐ Yes<br>  If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>Hon. Troy King<br>Attorney General for the<br>State of Alabama<br>11 South Union Street<br>Montgomery, AL 36130 | 3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered     ☑ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |

1: 06cv1061-MHT (pet. loder 12/20/06  ans due)

2. Article Number (Transfer from service label)    7005 1160 0001 2962 0464

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540