IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISON

JAMES L. ROBINSON, # 121865
(PETITIONER)
VS.
JAMES DELOACH et,al
(RESPONDENT)

CASE # 1;06-CV-1061-MHT

**MOTION TO PRODUCE DOCUMENTS**

    **Comes now**, James Robison and petitions The Honorable Judge to issue an order granting the above style motion and shows good cause as follows:

    1.) Robinson's sentence for 25 years with 15 years being suspended comes under the guilty plea transcript.

    2.) The respondent avers that the guilty plea is correct but, have not provided strict proof before this court nor to the petitioner.

    3.) The guilty transcript is in possesion of respondents and respondents have not provided as the Courts Order states for a complete record of facts.

    4.) Robinson Constitional rights before this Court under the Sixth Amendment Must be protected for Federal Habes Corpus review. The only provision Robinson has to resolve the material issues of fact, for the dispute under the correct range of sentence imposed is by the Court's acceptance of the guilty plea which was transcribed.

    5.) Respondent produced, before this Court, a case action summary sheet of case # CC-98-1222, were the Judges Order states" 25 years under the H.O.F.A. code of Alabama 1975  15 years *t(to) sup(supend)* to be run concurrent with CC-88-125." Respondents very records in written language , substaines Robison's claim and in itself, deems Robison's claim to be true, correct and accurate.

    Respondents answer, before this Court fails to provide suffient documents for Robinson and The Honorable Judge to make a full and proper ruling. The requested documents for a Court Order to produce will not delay the Court's proceeding's and will not predjuice any party to this action.

    Wherefore, Robinson prays the Honorable Judge will issue an order granting this Motion to Produce Documents,and issue an Order to Respondents to produce a full copy to Robinson.

Respectfully Submitted;
James Robinson (pro-se)

CERTIFICATE OF SERVICE

    I DO HEREBY CERTIFY AND SAY THAT I HAVE SERVED A COPY OF THIS MOTION UPON THE FOLLOWING;

ATTORNEY GENERAL
NACY M. KIRBY
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130

    DONE THIS 26TH DAY OF DECEMBER, 2006. POSTAGE PAID BY THE UNDERSIGN AND PLACED IN THE UNITED

STATES MAIL, PLACED IN PRISON OFFICALS HANDS FOR PROPER SERVICE.

JAMES ROBINSON # 121865
1290 RED EAGLE ROAD A-10
MONTGOMERY, ALABAMA 36110

**NOTICE CHANGE OF ADDRESS**
**CLERK'S RECORDS**