IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JAMES L. ROBINSON, #121865,            )
                                        )
        Petitioner,                     )
                                        )
    v.                                  )        CASE NO. 1:06-CV-1061-MHT
                                        )
JAMES DELOACH, et al.,                  )
                                        )
        Respondents.                    )

**ORDER ON MOTION**

Upon consideration of the motion to amend filed by the petitioner on December 27, 2006

(Court Doc. No. 11), in which the petitioner asserts additional facts and arguments in support of his

claims for relief, and for good cause, it is

ORDERED that:

1.  The motion for leave to amend be and is hereby GRANTED.

2.  On or before January 29, 2007, the respondents shall file an answer addressing the claims

presented by the petitioner in his petition, as amended.

3.  The respondents be granted an extension to and including January 29, 2007 to file an

answer in compliance with the order entered on December 21, 2006 (Court Doc. No. 8).

Done this 9th day of January, 2007.


                        ____/s/ Wallace Capel, Jr._____
                        WALLACE CAPEL
                        UNITED STATES MAGISTRATE JUDGE