IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-1061-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion for order filed by the petitioner on January 3, 2007 (Court Doc. No. 12), in which the petitioner seeks to amend his petition to assert claims with respect to alleged unconstitutional actions taken against him at the Red Eagle Honor Farm, and as such claims are not proper for review in a habeas action, it is

ORDERED that the motion for order be and is hereby DENIED. The petitioner is advised that if he seeks to proceed on the claims referenced in his motion to amend he may present these claims in a 42 U.S.C. § 1983 action.

Done this 9th day of January, 2007.

　　　　　　　　　　　　　　　/s/ Wallace Capel, Jr.
　　　　　　　　　　　　　WALLACE CAPEL
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE