IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1061-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to produce documents filed by the petitioner on December 27, 2006 (Court Doc. No. 10), in which the petitioner seeks production of the guilty plea transcript in CC-98-1222, and for good cause, it is

ORDERED that on or before January 29, 2007;

1. The respondents shall show cause why this motion should not be granted.

2. The respondents shall file copies of all documents relevant to the sentence imposed upon the petition in CC-98-1222.

Done this 9th day of January, 2007.


/s/ Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE