IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CASE NO. 1:06-CV-1061-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to produce documents filed by the petitioner on December 27, 2006 (Court Doc. No. 10), and in light of the response filed by the respondents on January 29, 2007 (Court Doc. No. 16) and the exhibits filed in support of the respondents' December 20, 2006 answer, it is

ORDERED that the motion to produce be and is hereby DENIED.

Done this 29th day of January, 2007.

                                            /s/ Wallace Capel, Jr.
                                        WALLACE CAPEL
                                        UNITED STATES MAGISTRATE JUDGE