IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED
FEB 20  A 9:58

DEBRA P. HACKETT
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES L. ROBINSON
# 121865
      PETITIONER

US.

JAMES DELOACH, ET. AL.
    RESPONDENTS

CASE NO. CV06-1061-MHT

## MOTION FOR EXTENSION OF TIME

COMES NOW JAMES ROBINSON AND FILE THE ABOVE STYLE MOTION. ROBINSON SHOWS GOOD CAUSE TO THE HONORABLE COURT. THE FOLLOWING:

1. ROBINSON WAS HOSPITALIZED, AND UNDER WENT SURGERY FOR CATH TESTING, ON FEBRUARY 8, 2007.

2. ROBINSON IS STILL UNDER DOCTOR'S CARE FOR RECOVERY AT THIS TIME FEBRUARY 15, 2007.

3. RESPONDENTS WILL NOT BE PREJUDICE NOR ANY excessive delay will be A PROBLEM, where ROBINSON SEEKS UNTIL MARCH 6, 2007, AND OR A REASONABLE TIME PERIOD BY THIS HONORABLE COURT.

WHEREFORE WITH ALL PREMISES AND FACTS
ROBINSON PRAYS AN EXTENSION OF TIME WILL BE GRANTED.

RESPECTFULLY

JAMES ROBINSON
1290 RED EAGLE ROAD
MONTGOMERY, AL. 36110


CERTIFICATE OF SERVICE


I DO HEREBY CERTIFY AND SAY THAT I HAVE PLACED
A COPY OF THIS MOTION IN PRISON OFFICALS HAND FOR
RED EAGLE FREE POSTAGE  ADDRESS:
NANCY M. KIRBY
11 SOUTH UNION ST.
MONTGOMERY, AL. 36130-0152
      DONE THIS 15TH DAY OF FEBRUARY, 2007. BY
MY SIGNATURE BELOW.

LEGAL MAIL

JAMES ROBENSON
#112,865    A-51
1290 REO EAGLE ROAD
MONTGOMERY, AL. 36110

361014+0711

MONTGOMERY AL 361
16 FEB 2007 PM 1 L

OFFICE OF CLERK
UNITED STATES DISTRICT COURT
P.O. BOX 711
MONTGOMERY, AL. 36101