IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1061-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the petitioner on February 20, 2007 (Court Doc. No. 20), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the petitioner be GRANTED an extension from February 20, 2007 to and including March 6, 2007 to file a response in compliance with the order entered on January 30, 2007 (Court Doc. No. 19).

Done this 21st day of February, 2007.

                                                /s/ Wallace Capel, Jr.
                                                WALLACE CAPEL
                                                UNITED STATES MAGISTRATE JUDGE