IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865,  Petitioner,  v.  JAMES DELOACH, WARDEN et al.,  Respondents. | ) ) ) ) ) ) ) ) ) ) ) ) ) )   CASE NO. 1:06-CV-1061-MHT |

**REQUEST FOR ADDITIONAL TIME
IN WHICH TO RESPOND**

Comes now Respondent in the above-styled cause and request an additional twenty-one days in which to respond to this Court's Order to file a Supplement Response. I have been involved in other work in the appellate courts, the circuit courts, and the federal district courts; therefore, I have had insufficient time in which to complete the Order.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for 21 additional days in which to respond in this case, making said Supplemental Response due on or before April 2, 2007.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

Respectfully submitted,

Troy King, ID #KIN047
*Attorney General*
By-

s/Nancy M. Kirby
Nancy M. Kirby ID #KIR031
*Deputy Attorney General*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of March, 2007, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF; and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants at the address shown on the Department of Corrections website: James Lenwood Robinson, AIS #121865, Red Eagle Honor Farm, 1290 Red Eagle Road, Montgomery, AL 36110.

                                                  Respectfully submitted,

                                                  s/Nancy M. Kirby (KIR031)
                                                  Nancy M. Kirby (KIR031)
                                                  Office of the Attorney General
                                                  Alabama State House
                                                  11 South Union
                                                  Montgomery, AL 36130-0152
                                                  Telephone: (334) 242-7300
                                                  Fax: (334) 242-2848
                                                  E-Mail: nancykirbylaw@bellsouth.net

243907/102559-001