IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1061-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion for extension of time filed by the respondents on March 12, 2007 (Court Doc. No. 24), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. It is further

ORDERED that the respondents be GRANTED an extension from March 12, 2007 to and including April 2, 2007 to file a response in compliance with the order entered on February 23, 2007 (Court Doc. No. 23).

Done this 12th day of March, 2007.

                                            /s/ Wallace Capel, Jr.
                                            WALLACE CAPEL
                                            UNITED STATES MAGISTRATE JUDGE