IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, )<br>   #121865 )<br>      Petitioner, )<br> )<br>v. )<br> )<br> )<br> )<br>JAMES DELOACH, WARDEN, )<br>   *et al.*, )<br> )<br>      Respondents. ) | CASE NO.<br>1:06-CV-1061-MHT |

## REQUEST FOR ADDITIONAL TIME
## IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and request an additional fourteen days in which to respond to this Court's Order. As grounds for the enlargement, Respondents state the following:

1. This Honorable Court originally ordered the Respondents to file an answer to the petition on or before March 12, 2006.

2. The undersigned needed an extension of time to file an answer, and requested an enlargement of twenty-one days, and that the due date be extended until April 2, 2007.

3. This Honorable Court granted the Respondents's motion for extension of time to answer and ordered the Respondent to answer the petition, as amended, on or before April 2, 2007.

4. Respondents need additional time within which to complete their investigation of Robinson's claims that his mail was unlawfully withheld and refused by officials at Bibb County Correctional Facility.

5. Respondents have communicated with officials at both the Bibb County Correctional Facility and the Department of Corrections for the State of Alabama, and are awaiting the results of investigations by those entities. The Respondents are also continuing to further investigate Robinson's claims by other means.

6. Respondents therefore requests an additional fourteen days within which to respond to Petitioner's amended claims.

7. Respondents request leave of court to file a supplemental answer on or before April 16, 2007.

WHEREFORE, in consideration of the foregoing reasons, Respondents request that the Court grant this request for fourteen additional days in which to respond in this case, making said response due on or before April 16, 2007.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

                                         Respectfully submitted,

                                         Troy King, ASB #KIN047
                                         *Attorney General*
                                         By-

                                         <u>s/Nancy M. Kirby</u>
                                         Nancy M. Kirby ID#KIR031
                                         *Deputy Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of April, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: James L. Robinson, AIS #121865, 1290 Red Eagle Road, Montgomery, AL 36110.

                                        Respectfully submitted,

                                        s/Nancy M. Kirby (KIR031)
                                        Nancy M. Kirby (KIR031)
                                        Deputy Attorney General
                                        Office of the Attorney General
                                        Alabama State House
                                        11 South Union
                                        Montgomery, AL 36130-0152
                                        Telephone: (334) 242-7300
                                        Fax: (334) 242-2848
                                        E-Mail: nancykirbylaw@bellsouth.net

253043/102559-001