RECEIVED
2007 APR 17 A 9: 50

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA SOUTHERN
DIVISION

_____ A P. HACKETT, C___
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

JAMES L. ROBINSON
    PETITIONER

    US.

JAMES DELOACH, ET. AL.
    RESPONDENTS

CASE NO. CV06-1061-MHT

## MOTION TO STRIKE RESPONDENT'S ANSWER

COMES NOW JAMES ROBINSON AND SEEKS THE COURT'S ORDER IN THE ABOVE STYLE CAUSE. ROBINSON SHOWS THE FOLLOWING:

1. THE HONORABLE JUDGE ORDER DATED FEBRUARY 23rd, 2007 IS SPECIFICALLY STATED: (1) WHETHER CORRECTION OFFICALS MARKED AND RETURN LEGAL MAIL TO STATE COURT AS REFUSED. AND (2) WHETHER ROBINSON SHOULD BE ALLOWED OUT OF TIME APPEAL.

2. RESPONDENT'S REQUESTED FROM THIS ORDER TWO (2) EXTENSION OF TIME TO ANSWER. RESPONDENT'S ANSWER IN AND BEFORE THIS HONORABLE COURT WAS THAT FULL INVESTIGATION WAS COMING.

(A) RESPONDENT'S VERY EXHIBITS ARE MISLEADING WHERE THE INCIDENT REPORT FAIL TO PROVIDE TRUE FACTS FOR ANY STATE OFFICAL TO MARK ROBINSON'S MAIL REFUSED. RESPONDENT'S HAVE NOT OFFERED ANY EVIDENCE

- 1. -

TO ESTABLISH THAT ROBINSON Refuse To HAVE HIS U.S. INCOMING MAIL INSPECTED. RESPONDENT'S VERY DOCUMENT REQUIRES A FULL FACTUAL RESORT TO SUBSTANIATE A CLAIM. THE DOCUMENT IS TOTALLY FABRICATED AND FALSE, USED IN BAD FAITH BEFORE THIS COURT TO UNDER-MIND the ORDERLY JUDICIAL PROCEEDINGS.

(B). RESPONDENT'S EXHIBIT 'B" ROBINSON'S letter TO COMMISSIONER ALLEN IS PROOF THAT ROBINSON DID NOTHING TO HAVE HIS STATE COURT MAILED TO BE MARKED Refused. ROBINSON SINCE HIS ARRIVAL INTO ADOC WAS GOVERN BY ADOC REGULATION GOVERNING INCOMING MAIL. ROBINSON BY letter TO COMMISSIONER ALLEN REQUESTED the CONTINUING OF HIS MAIL ACCORDING TO WRITTEN POLICY.

3. RESPONDENT'S ANSWER BY EXHIBIT 'A" IS WITHOUT FACTUAL PROOF TO SUPPORT THAT ROBINSON HAS SUBMITTED FALSE STATEMENTS TO THE HONORABLE COURT. HOWEVER, RESPONDENT'S CAN'T PRODUCE ANY DOCUMENT WHICH ROBINSON SERVED TO BRBB OFFICAIS TO AVER AND SAY: ROBINSON Refuse INCOMING MAIL. RESPONDENTS HAVE USED INTENTIONAL ACTS IN BAD FAITH, AT EACH STAGE TO PREVENT THIS CASE TO PROCEED IN COURT.

4. RESPONDENT'S NOW ADMIT THAT THERE IS NO STATUTE OF LIMITATION.

5. THE UNITED STATES CONSTITUTIONAL EQUAL PROTECTION CLAIMS ARE COGNIZABLE FOR REVIEW. JONES V. WHITE. 811 F. 2d 610 (11TH CIR. 1987) JONES V. WHITE. 992 F. 2d 1548 (11TH CIR. 1993) IT IS well SETTLED THAT HABITUAL OFFENDERS ARE A GROUP Identified, AND COMES FROM A LAW CODE OF ALABAMA 1975 SECTION 13A-5-9.

-2.-

6. IT IS A Settled Rule THAT THE 14TH AMENDMENT GUARANTEES EQUAL LAWS. IN FACT ALABAMA Law Rules BROONS V. STATE. 622 SO. 2d 447 (ALA. CRIM. APP. 1993) THE Court Held: "WHILE IT IS CLEAR, IN THE PRESENT CASE, THAT THE LEGISLATURE NEED NOT HAVE GRANTED RETROACTIVE GOOD TIME TO ANY PRISONERS, THE FACT THAT IT GRANTED THOSE BENEFITS TO SOME BUT NOT TO ALL PRISONERS SIMILARLY SITUATED IMPLICATES THE EQUAL PROTECTION CLAUSE." ROBINSON'S UNITED STATES CONSTITUTIONAL CLAIMS ARE REVIEWABLE IN FEDERAL COURT, WHERE STATE COURT WAIVES THESE ISSUES, AND THEY HAVE NOT BEEN RESOLVED.

WHEREFORE, ROBINSON WHO STANDS BEFORE God AND WHO HAS RECEIVED SALVATION SPEAKS THE TRUTH. AND HAS NOT PROVIDED ANY FALSE DOCUMENT OR REPORT. THE COURT HAS PROPER JURISDICTION TO ISSUE AN ORDER IN THIS CAUSE, WHERE ACTS WERE DONE BY RESPONDENTS IN BAD FAITH.

RESPECTFULLY

JAMES L. ROBINSON
1290 RED EAGLE ROAD
MONTGOMERY, AL. 36110
APRIL 15, 2007

CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY AND SAY THAT I HAVE SERVED RESPONDENTS ATTORNEY. NANCY M. KIRBY OFFICE OF ATTORNEY GENERAL 11 SOUTH UNION STREET MONTGOMERY, AL. 36130. DONE THIS 15TH DAY OF APRIL, 2007 PLACED IN PRISON OFFICALS HANDS FOR PROPER POSTAGE. AND SERVICE BY ADOC LEGAL MAIL REGULATION. BY MY SIGNATURE BELOW.

JAMES ROBINSON
#121865    A-51
290 RED EAGLE ROAD
MONTGOMERY, AL 36110

LEGAL MAIL

MONTGOMERY AL 361

16 APR 2007 PM 3 L

OFFICE OF CLERK - FEDERAL COURT
MIDDLE DISTRICT
P.O. BOX 711
MONTGOMERY, AL 36101

36101+0711