IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1061-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to strike respondents' answer filed by the petitioner on April 17, 2007 (Court Doc. No. 29), and for good cause, it is

ORDERED that this motion be and is hereby DENIED.

Done this 18th day of April, 2007.

                                           /s/ Wallace Capel, Jr.
                                          WALLACE CAPEL
                                          UNITED STATES MAGISTRATE JUDGE