IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 1:06-CV-1061-MHT |
| ) | |
| JAMES DELOACH, et al., ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon consideration of the motion for leave to file supplemental brief filed by the petitioner on August 2, 2007 (Court Doc. No. 31), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED.

Done this 2nd day of August, 2007.


      /s/ Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE