IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 1:06-CV-1061-MHT |
| | ) |
| JAMES DELOACH, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER**

Upon review of the file in this case, and for good cause, it is

ORDERED that:

1. On or before August 16, 2007, the petitioner shall file an amendment to his petition which specifically identifies (i) the basis of his claim that the state court discriminated against him in violation of his equal protection rights when it denied his motion for reconsideration of sentence, and (ii) the basis of his claim that he has been denied correctional incentive time in violation of his equal protection rights. In responding to these directives, the petitioner is advised that he must specify the alleged discriminatory reason(s), e.g., race, religion, nature of offense, length of sentence, underlying the adverse actions about which he complains.

2. On or before September 7, 2007, the respondents shall file a supplemental answer addressing the merits of the equal protections claims set forth by the petitioner in his petition, as amended.

Done this 2nd day of August, 2007.

         /s/ Wallace Capel, Jr.
WALLACE CAPEL
UNITED STATES MAGISTRATE JUDGE