IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES L. ROBINSON, #121865, | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CASE NO. ) 1:06-CV-1061-MHT ) |
| JAMES DELOACH, WARDEN et al., | ) ) ) |
| Respondents. | ) |

### REQUEST FOR TIME IN WHICH TO RESPOND

Come now Respondents in the above-styled cause and request ten days in which to respond to this Court's Order. The undersigned has been involved in other work in the appellate courts, the circuit courts, and the federal district courts and therefore, has had insufficient time in which to complete the Order.

Wherefore, in consideration of the aforementioned reasons Respondents prays that this Honorable Court grant its request for ten days in which to respond.

I am this date, mailing a copy of this request for an extension of time to Petitioner.

                Respectfully submitted,

                Troy King, ASB #KIN047
*Attorney General*
By-

                <u>s/Nancy M. Kirby</u>
Nancy M. Kirby ID #KIR031
*Deputy Attorney General*

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of September, 2007, I electronically filed the foregoing Supplemental Answer with the Clerk of the Court using the CM/ECF; and I hereby certify that I have mailed by United States Postal Service the foregoing to the following non-CM/ECF participants: James Lenwood Robinson, AIS #121865, 1290 Red Eagle Road A-10, Montgomery, AL 36110.

Respectfully submitted,

s/Nancy M. Kirby (KIR031)
Nancy M. Kirby (KIR031)
Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: nancykirbylaw@bellsouth.net

316291/102559-001