IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2007 OCT -9 A 10: 10
DEBRA P. HACKETT, CL
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES ROBINSON
    PETITIONER

vs.

CASE NO. CV-1061-MHT
1:06CV1061

JAMES DELOACH
    RESPONDENT

MOTION FOR EXTENSION OF TIME

COMES NOW JAMES ROBINSON AND PETITION THE HONORABLE JUDGE TO GRANT A EXTENSION OF TIME TO OCTOBER 18, 2007 TO ANSWER THE ANSWER FILED BY RESPONDENTS. ROBINSON'S REQUEST WILL NOT HINDER NOR PREJUDICE RESPONDENTS. ROBINSON WILL ANSWER TIMELY ON AND BEFORE OCTOBER 18, 2007. THE MOTION IS MADE IN GOOD FAITH, AND ROBINSON'S OTHER LEGAL PROCEEDINGS WHICH REQUIRED A TEMPORARY TRANSFER TO CIRCUIT COURT IN MONTGOMERY COUNTY, ALABAMA.

RESPECTFULLY
James Robinson
JAMES ROBINSON
1290 RED EAGLE ROAD
MONTGOMERY, AL. 36110

DATE 10-4-07

## CERTIFICATE OF SERVICE

I DO HEREBY CERTIFY AND SAY THAT I HAVE SERVED:

Hon. NANCY M. KIRBY
OFFICE OF ATTORNEY GENERAL
11 SOUTH UNION STREET
MONTGOMERY, AL. 36130

I HAVE THIS 4TH DAY OF OCTOBER, 2007 SERVED THE ABOVE ATTORNEY WITH A COPY OF THE SAME BY PLACING SAID MOTION IN PRISON OFFICIAL HANDS FOR U.S. MAILING. BY MY SIGNATURE BELOW.

*James Rob---*

JAMES ROBINSON
#121865  A-51A
1290 RED EAGLE ROAD
MONTGOMERY, AL. 36110

MONTGOMERY AL 361
06 OCT 2007 PM 2 T

"This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication."

FEDERAL COURTHOUSE
OFFICE OF CLERK
P. O. Box 711
MONTGOMERY, AL. 36101

LEGAL MAIL