JAMES ROBINSON
AIS # 121865
14880 COUNTY ROAD 64
LOXLEY, AL. 36551
DECEMBER 1st, 2007

RECEIVED
2007 DEC -4 A 9:47
.SRA P. HACKE..
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

TO: DISTRICT COURT CLERK
    UNITED STATES FEDERAL COURT
IN RE: ROBINSON V. DELOACH -CV06-1061-MHT

Dear Clerk;

I write to provide the above address change in the pending Federal Habeas Corpus which is on file in this Court.

I request your assistance in this matter, and pray the records will reflect the change of address.

Sincerely

JAMES ROBINSON PRO SE

CERTIFICATE OF SERVICE

COPIES TO ATTORNEY GENERAL TROY KING FOR THE SAME. DONE THIS 1st DAY OF DECEMBER 2007, PLACED IN THE U.S. MAIL FOR PROPER MAILING AND DELIVERY BY PRISON OFFICALS. BY MY SIGNATURE BELOW IT HAS BEEN MAILED. 11 SOUTH UNION ST. MONTGOMERY, AL. 36130. OFFICE OF ATTORNEY GENERAL

JAMES ROBINSON

JAMES ROBINSON
# 121865  F-15A
14880 County Rd 24
Loxley, AL. 36551

LEGAL MAIL  36101+0711-11 B007

U.S. OFFICE OF CLERK
FEDERAL COURT
P.O. Box 711
Montgomery, AL. 36101

THIS DOCUMENT IS FORWARDED FROM AN
ALABAMA STATE PRISON. THE CONTENTS HAVE
NOT BEEN EVALUATED, AND THE ALABAMA
DEPARTMENT OF CORRECTIONS IS NOT
RESPONSIBLE FOR THE SUBSTANCE OR CONTENT
OF THE ENCLOSED COMMUNICATION.